IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL EDWARD MEYERS,**     : | |
| Plaintiff                                     : | |
| : | Civil Action No. 1:12-cv-01276 |
| v.                                                  : | |
| : | (Chief Judge Kane) |
| **GARY D. ALEXANDER, et al.,**  : | |
| Defendants                              : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On July 9, 2012, Magistrate Judge Carlson issued a Report and Recommendation that Plaintiff Daniel Edward Meyers's motion for leave to proceed in forma pauperis be granted and that his complaint be dismissed without prejudice to Plaintiff endeavoring to correct the defects cited in the report within twenty days of any dismissal order.  (Doc. No. 4.)  No objections to the Report and Recommendation were filed, and Plaintiff filed an amended complaint on July 19, 2012.  (Doc. No. 5.)

**ACCORDINGLY**, on this 27th day of July 2012, **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Carlson's Report and Recommendation that Plaintiff's motion for leave to proceed in forma pauperis be granted is **ADOPTED**;

2. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2) is **GRANTED**; and

3. In light of Plaintiff's filing of an amended complaint, Magistrate Judge Carlson's recommendation that Plaintiff's complaint (Doc. No. 1) be dismissed without prejudice is deemed moot, and this matter is referred to Magistrate Judge Carlson for further proceedings.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania
