IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL EDWARD MEYERS** | : | CIVIL ACTION NO. 1:12-CV-1276 |
| **Plaintiff** | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| **GARY D. ALEXANDER, JR., et al.** | : | |
| **Defendants** | : | |

## O R D E R

Before the court in the captioned action is an August 8, 2012 report of the magistrate judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's amended complaint is dismissed without prejudice to the plaintiff endeavoring to correct the defects cited in this report, provided that the plaintiff acts within 20 days of the date of this order.

3) If Plaintiff does not file an amended complaint within 20 days of the date of this order, the Clerk of Court is directed to close the case.

4) If Plaintiff files an amended complaint within 20 days of the date of this order, all further proceedings in this matter are referred to Magistrate Judge Carlson.

                                                s/ Yvette Kane
                                                YVETTE KANE, Chief Judge
                                                United States District Court

Dated: August 28, 2012